# United States District Court
# Northern District of Indiana
# Hammond Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-192 JVB |
| | ) | |
| JULIO CESAR CHAVARRIA | ) | |

## OPINION AND ORDER

This matter comes before the Court on the Government's motion to extend the deadline to respond to Defendant's motion under 28 U.S.C. § 2255 (DE 67). The motion is GRANTED. The Government shall have until August 6, 2010, within which to respond to Defendant's motion.

SO ORDERED on July 7, 2010.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
